**Opinion issued July 11, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00386-CV

———————————

**WILLIAM VELASQUEZ A/K/A WILLIAM B. VELASQUEZ AND GOLDEN EAGLE OF TEXAS, LLC, Appellants**

**V.**

**NATALIA VELASQUEZ AND VELMA VELASQUEZ BUZO, Appellees**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-32770**

---

## MEMORANDUM OPINION

Appellants, William Velasquez, also known as William B. Velasquez, and Golden Eagle of Texas, LLC, have filed a motion to voluntarily dismiss their appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). And, although the motion does not include a certificate of

conference, more than ten days have passed and no party has opposed appellants' motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal without prejudice to the filing of subsequent appeals. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Landau, and Countiss.